# Third District Court of Appeal

## State of Florida

Opinion filed November 15, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-640
Lower Tribunal No. 21-89 CC
_____

**Dawn E. Dubois,**
Appellant,

vs.

**The Affiliati Network, Inc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Luis Perez-Medina, Judge.

Dawn E. Dubois, in proper person.

Chane Socarras, PLLC, and Ruben E. Socarras (Boca Raton); The Law Office of Warren B. Kwavnick, PLLC, and Warren B. Kwavnick (Pembroke Pines), for appellee.

Before EMAS, HENDON and GORDO, JJ.

GORDO, J.

Dawn E. Dubois appeals a final judgment entered after a non-jury trial in favor of The Affiliati Network, Inc. and an order granting entitlement of attorney's fees.

As to the final judgment on appeal, we have jurisdiction pursuant to Florida Rule of Appellate Procedure 9.030(b)(1)(A) and we affirm the final judgment in all respects. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal."); Zarate v. Deutsche Bank Nat'l Tr. Co. as Tr., 81 So. 3d 556, 558 (Fla. 3d DCA 2012) ("Where there is no record of the testimony of witnesses or of evidentiary rulings, and where a statement of the record has not been prepared . . . a judgment which is not fundamentally erroneous on its face must be affirmed.").

As to that portion of the appeal related to entitlement of attorney's fees, we dismiss. See Low Key Ltd., Inc. v. Annesser, 128 So. 3d 35, 36 (Fla. 3d DCA 2012) ("As to the portion of the final judgment determining that the parties are entitled to attorney's fees and costs but reserving jurisdiction to

2

set the amount of the fees, we dismiss the appeal . . . as a non-final determination not yet ripe for appellate review.").

Affirmed in part; dismissed in part.